IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HARRY L. MCCRAY,

    Plaintiff,

v                                             CASE NO. 1:13-cv-108-SPM-GRJ

ALACHUA COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On August 5, 2013, the Court ordered Petitioner to show cause before August 20, 2013, as to why this case should not be dismissed for failure to prosecute because Plaintiff failed to comply with the Court's Order to file an amended complaint and either pay the case filing fee or file a motion for leave to proceed as a pauper. (Doc. 4.) To date, Plaintiff has failed to respond. The Order to Show Cause was returned as undeliverable (Doc. 5), and Plaintiff has failed to provide the Court with an updated address. Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 26th day of August 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**