UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HARRY L. McCRAY,

    Plaintiff,

v.        CASE NO. 1:13cv108-SPM-GRJ

ALACHUA COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration of the magistrate judge's Report and Recommendation dated August 26, 2013. (Doc. 6). No objections have been filed. Having considered the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2. This case is DISMISSED without prejudice for failure to prosecute.

**DONE AND ORDERED** this 8th day of October, 2013.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**